**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWARD AUGUST KIRBY,** *Plaintiff,* | : | |
| **v.** | : | **CIVIL ACTION No. 25-55** |
| **FRANK BISIGNANO, Commissioner of Social Security,** *Defendant.* | : | |

**ORDER**

**AND NOW**, this **23rd** day of **July 2026**, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF 9), the Commissioner's Response (ECF 10), Plaintiff's Reply (ECF 11), and the administrative record (ECF 8) and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**, and the final order of the Commissioner of Social Security is **AFFIRMED**;

2. **JUDGMENT** is entered in favor of Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Edward August Kirby; and

3. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

José R. Arteaga

Digitally signed by José R. Arteaga
Date: 2026.07.23 14:25:23 -04'00'

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*